United States District Court
Southern District of Texas
FILED

JUL 1 3 2016

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| VS. § | CASE NO. H-10-436 |
| BIMBOLA SIMEON AMOSU § | |

### DEFENDANT'S MOTION TO PROCEED IN FORMA PAUPERIS

I, Bimbola Simeon Amosu, the defendant in the above captioned matter, move to proceed *in forma pauperis* pursuant to U.S.C. § 1915. I am unable to make full prepayment of the appeal fee or to give security therefore, and it is my belief that I am entitled to relief. I have not divested myself of any monies, property, or any items of value for the purpose of avoiding payment of said fees. I am hereby submitting an affidavit of indigency in support of this motion.

Respectfully submitted

_____
BIMBOLA SIMEON AMOSU
Pro Se

# AFFIDAVIT OF INDIGENCY

IN THE STATE OF Georgia

COUNTY OF USA

This day personally came and appeared before me, the undersigned authority in and for the State and County aforesaid, the within named Bimbola Simeon Amosu, who after being by me first duly sworn, states upon oath as follows:

1. I am currently incarcerated at the D. Ray James Correction Facility in Folkston, Georgia.

2. My inmate number is 349280-18.

3. I am currently unemployed and have no means of income.

4. I have no savings or property.

5. I am unable to pay the costs and fees of this proceeding.

_____
BIMBOLA SIMEON AMOSU

Subscribed and sworn to me this 5th day of July, 2016.

_____
NOTARY PUBLIC

[Notary Seal: MELANEE D. CONNER, NOTARY PUBLIC, CHARLTON COUNTY, GEORGIA, MY COMM. EXPIRES JULY 9, 2017]

BiMBolA Simeon Amosu
34928-018
D Ray James CF
P O Box 2000
Folkston GA

United States District Court
Southern District of Texas
FILED
JUL 13 2016
David J. Bradley, Clerk of Court

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
PO BOX 61010
HOUSTON, TEXAS 77208

7720831010